JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORRAINE PEREZ**, an individual<br><br>Plaintiff,<br><br>vs.<br><br>**HOPE & HAPPY, LLC,** a limited liability company; and DOES 1-25;<br>Defendants. | CASE NO.: 2:25-cv-04416-CBM-JC<br><br>**ORDER RE: JOINT MOTION TO DISMISS CASE [21]** |

# ORDER

UPON STIPULATION OF THE PARTIES, the Court hereby orders a dismissal with prejudice of the above-entitled action in its entirety. Each party shall bear his/hers/its own costs, experts' fees, and attorneys' expenses. The case has settled.

**IT IS SO ORDERED.**

DATED: October 17, 2025

_____
Consuelo B. Marshall
United States District Judge